UNITED STATES of America v. O. H. GRAHAM et al.

No. 316.

Circuit Court of Appeals, Tenth Circuit.

Aug. 7, 1930.

Frank Lee, U. S. Atty., of Muskogee, Okl.

Long, Houston, Depew, Norton & Stanley, of Wichita, Kan., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed August 7, 1930, on motion of appellees.

---

UNITED STATES of America v. ONE LA SALLE SEDAN AUTOMOBILE, Motor No. 22432.

No. 6256.

Circuit Court of Appeals, Ninth Circuit.

Sept. 15, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Pursuant to stipulation, ordered appeal dismissed; mandate forthwith.

---

UNITED STATES of America, Appellee, v. Frank PORCO, Appellant.

No. 400.

Circuit Court of Appeals, Second Circuit.

June 30, 1930.

George Cohen and Sanford H. Cohen, both of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., and Alvin McK. Sylvester and John Michael Blake, Asst. U. S. Attys., all of New York City.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

UNITED STATES of America v. STAHLEY LAND AND LIVE STOCK COMPANY.

STAHLEY LAND AND LIVE STOCK COMPANY v. UNITED STATES.

Nos. 362, 363.

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1930.

See, also, 43 F.(2d) 366.

Albert D. Walton, U. S. Atty., of Cheyenne, Wyo.

P. W. Spaulding, of Evanston, Wyo., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Dismissed September 23, 1930, per stipulation.